UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:<br>JONNETTE MICHELLE HAYES<br>    Debtor | Case No. 25-31453-FJS<br><br>Chapter 13 |

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS OWNER
TRUSTEE OF CIM TRUST 2025-NR1
    Movant

v.

JONNETTE MICHELLE HAYES
    Debtor/Respondent
and
KENNETH LEE HAYES
    Co-Debtor/Co-Respondent
and
SUZANNE E WADE
    Trustee/Respondent

## ORDER GRANTING RELIEF FROM STAY *IN REM*

    This matter having come before the Court on June 4, 2025 upon consideration of the Motion for Relief from Automatic Stay *In Rem* and Co-Debtor Stay filed by Wilmington Savings Fund Society, FSB; and neither the Debtor or Co-Debtor having filed a Response or appeared; and the Court having heard argument of counsel for the Movant and having considered the record, and finding cause to grant the relief requested by the Movant pursuant to 11 U.S.C. § 362(d)(4)(B), it is hereby:

    ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 4715 Mason Dale Drive, Richmond, Virginia 23234-6085 and more particularly described as follows:

> All that certain lot or parcel of land with improvements thereon and appurtenances thereunto belonging, lying and being in Dale District, **Chesterfield County**, Commonwealth of Virginia, and being more particularly described as follows:
>
> BEING KNOWN AND DESIGNATED as Lot 32, Block B, Section D, Mason Woods Subdivision, as shown on a plat made by Balzer & Associates, Inc. dated May 15, 1987 and recorded August 27, 1987 in the Clerk's Office, Circuit Court, Chesterfield County, Virginia in Plat Book 58, Page 20, reference to which plat is hereby made for a more particular description of the property conveyed.
>
> THE IMPROVEMENTS THEREON BEING KNOWN AS 4715 MASONDALE DRIVE, RICHMOND, VA 23234.
>
> BEING the same property conveyed by deed dated December 18, 1996 from M & F of Richmond, Inc. to Kenneth L. Hayes and Jonnette M. Hayes and recorded in the Clerk's Office, Circuit Court, Chesterfield County on December 23, 1996 at Book 2977, Page 114.

_____
Joseph Romano, VSB# 98911
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
(804) 282-0463(Phone)
Counsel for the Movant

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

IT IS FURTHER ORDERED that in view of the history of the bankruptcy filings set forth in the Motion for Relief and incorporated herein, the relief from the automatic stay granted shall be *in rem* relief and shall constitute an equitable servitude against any interest of the Debtor, the Co-Debtor Kenneth Hayes, and any other party occupying or relating to the Property located at 4715 Mason Dale Drive, Richmond, Virginia 23234-6085 and shall be effective notwithstanding the filing of another case by the Debtor, the Co-Debtor Kenneth Hayes or any other party purporting to occupy, possess, reside at, or relate to the Property under any Chapter of the Bankruptcy Code in this or any other Bankruptcy Court.

IT IS FURTHER ORDERED that upon recordation, this Order shall be binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of the entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from the Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any Federal, State, or local governmental unit that accepts notices of interest or liens in real property shall accept a certified copy of this Order for indexing and recording.

## NOTICE OF RIGHT TO APPEAL

Pursuant to Rule 8002 of the Federal Rules of Bankruptcy Procedure, the debtor is hereby advised that they have a right to appeal this order. A notice of appeal must be filed with the Clerk of the Bankruptcy Court within **14 days** from the date of entry of this order.

DONE at Richmond, Virginia, this _____ day of June, 2025.

Jun 16 2025

/s/ Brian F Kenney
———————————————
Bankruptcy Judge
U.S. Bankruptcy Court

Entered on Docket: Jun 17 2025

**I ASK FOR THIS:**

  /s/ Joseph Romano
Joseph Romano, VSB# 98911
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
*Counsel for the Movant*


**SEEN AND NO OBJECTION:**


  */s/ Suzanne Wade*
Suzanne Wade
Chapter 13 Trustee
7202 Glen Forest Dr.
Suite 202
Richmond, VA  23229

## **CERTIFICATION**

　　The undersigned certifies that the foregoing Order Granting Relief from Stay has been endorsed by all necessary parties in pursuant to Local Rules.

　　　　　　　　　　　　　　　　　　 /s/ Joseph Romano
　　　　　　　　　　　　　　　　　Joseph Romano
　　　　　　　　　　　　　　　　　*Counsel for the Movant*

Copy to:

BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229

Suzanne E. Wade, Trustee
7202 Glen Forest Dr.,
Suite 202
Richmond, VA 23226

Jonnette M. Hayes
4715 Mason Dale Drive
Richmond, VA 23234

Kenneth Lee Hayes
4715 Mason Dale Drive
Richmond, VA 23234