## United States Bankruptcy Court
## Eastern District of Virginia
<u>     Richmond     </u> Division

**In re:**  Jonnette Michelle Hayes

**Debtor(s)**

Case Number  <u>  25-31453-FJS  </u>
Chapter  <u>  13  </u>

### ORDER OF DISMISSAL

A hearing was held on  <u>     June 11 2025     </u>, due to the debtor's(s') failure to timely cure outstanding deficiency(ies) and/or pursuant to the Order Setting Hearing entered by the Clerk.

**For the reasons stated on the record from the bench, the Court ORDERS:**

☐  The case is dismissed; and it is further

☑  The case is dismissed because the debtor(s) failed to appear at the hearing; and it is further

**ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $<u>    0.00    </u> to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report unless property or money was administered.

Date: <u>Jun 16 2025</u>

/s/ Frank J Santoro
**United States Bankruptcy Judge**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: <u>Jun 17 2025</u>

[oshdefhrgdsmo ver. 06/23]